UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN DAWSON, on behalf of himself
and all others similarly situated,

    Plaintiffs,

-against-

RELISH LABS LLC, d/b/a HOME CHEF

    Defendant.

Case No. 1:19-cv-01491-PAE-SN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         April 10, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Michael Jay Glidden, Esq.
Perez & Morris LLC
17 Squadron Blvd., Suite 410
New York, New York 10956
mglidden@perez-morris.com
*Attorneys for Defendant*